**Opinion issued December 4, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00760-CV

———————————

## IN RE UNDERWRITERS AT LLOYDS OF LONDON, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Underwriters at Lloyds of London filed a petition for writ of mandamus to compel the trial court to rule on a pending motion to compel.[1] The court has since ruled on the motion.

---

[1] The underlying case is *Underwriters at Lloyds of London, Gulf Coast Claims Service, Pat Donovan, and John Andres v. Rankin Road, Inc.*, cause number 2010-25885, pending in the 165th District Court of Harris County, Texas, the Honorable Ursula A. Hall, presiding.

Accordingly, we dismiss the petition as moot. Any pending motions are also dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Caughey.